

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

REV. CHARLES E. GUILLORY
and HOWARD DESSELLES,

CIVIL ACTION NO. ~~08-CV-0285-A~~

10-1724

Plaintiffs/Movers

VS.

JUDGE DRELL

AVOYELLES PARISH SCHOOL BOARD,
DR. DWAYNE LEMOINE, Superintendent,
and AVOYELLES PARISH SCHOOL BOARD
MEMBERS, namely; JIM GUILLORY,
LYNN DELOACH, CARLOS MAYEAUX, JR.,
RICKY JUNEAU, LIZZIE NED, VAN KOJIS,
ROBERT DUNBAR, FREEMAN FORD,
DARRELL WILEY, JAMES GAUTHIER,
SHEILA DUPAS, MICHEAL LACOMBE and
CINDY HILL, in the official capacities as
Superintendent and Members of the Avoyelles
Parish School Board, respectively,

MAGISTRATE JUDGE KIRK

Defendants

## ORDER

Considering the verified petition filed herein and the court being satisfied from the specific facts herein appearing that irreparable injury will result by the removal of Mrs. Lizzie Ned as a member of the Avoyelles Parish School before service of process through ordinary channels can be had and a hearing also can be had on plaintiffs'/movers' application for a preliminary injunction:

**IT IS ORDERED** by the court that Charles Riddle, III, District Attorney for the Avoyelles Parish School Board, be and he is hereby temporarily restrained, enjoined and prohibited from proceeding with his attempt to remove Mrs. Lizzie Ned as an Avoyelles Parish School Board member for District 6 pursuant to R.S. 18:672 et seq.

IT IS ~~FURTHER~~ ORDERED by this court that Charles Riddle, III, District Attorney for the Parish of Avoyelles, show cause before this Honorable Court, on the 8th day of December, 2010 at 9:30 o'clock A.m., why a preliminary writ of injunction in the form and substance of the above temporary restraining order should not be issued herein to be effective during the pendency of these proceedings and that on the hearing on this rule proof may be adduced by verified pleadings, supporting affidavits or by proof as in ordinary cases by plaintiffs/movers to prove that this injunction is warranted.

Alexandria, Louisiana, this 16th day of November, 2010.

_____
**UNITED STATES DISTRICT JUDGE**