UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REV. CHARLES E. GUILLORY AND HOWARD DESSELLES, | CIVIL ACTION NO. 1:10-CV-01724 |
| Plaintiffs/Movers | |
| VS. | JUDGE DRELL |
| AVOYELLES PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |
| Defendants | |

# CONSENT JUDGMENT

This matter came before the Court on June 22, 2011;

PRESENT WERE:

EDWARD LARVADAIN, Attorney for CHARLES GUILLORY and HOWARD DESSELLES;

ALLEN HOLMES, Intervenor

CHARLES A. RIDDLE, III, Attorney for the Avoyelles Parish School Board and others,

WILLIAM BRYAN, Attorney General's Office for the Registrar of Voters;

After considering the pleadings, stipulations, testimony and evidence of the reapportionment plan adopted by the School Board on June 21, 2011, as shown in Exhibit "Avoyelles Parish School Board #1" the court ruled as follows:

IT IS ORDERED, ADJUDGED AND DECREED that:

There is an agreement of reapportionment in a manner approved by the School Board and that all claims of plaintiffs are satisfied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

The reapportionment plan adopted by the Avoyelles Parish School Board in the language resolution, introduced as "Avoyelles Parish School Board #1" be adopted as the plan by the court, made part of this judgment and submitted to the United States Department of Justice for pre-clearance.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:**

The special election for the district six of the Avoyelles Parish School Board be held on October 22, 1011 under the reapportioned plan adopted as mentioned above and that the Secretary of State, State of Louisiana, is directed to implement this plan, notwithstanding the provisions of LSA-R.S. 18:1942, or any other state law, and proceed to accept qualification of candidates during the qualifying period, provided, however, that pre-clearance of the plan is received by the United States Department of Justice, Civil Rights Division, prior to the close of business on August 29, 2011.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims by plaintiff are ruled and satisfied dismissing any other relief sought.

**Judgment rendered the 22nd day of June, 2011.**

**Signed this _____ day of _____, 2011.**

_____
**J U D G E**

**RESPECTFULLY SUBMITTED**

**/s/ Charles A. Riddle, III**
**CHARLES A. RIDDLE, III**
**ATTORNEY FOR AVOYELLES PARISH SCHOOL BOARD**
**P.O. BOX 1200**
**MARKSVILLE, LA 71351**
**(318) 253-6587**
**(318) 253-6560**

**EDWARD LARVADAIN, JR. #8056**
**626 Eight Street**
**Alexandria, La 71301**
**(318) 445-6717**
**(318) 445-4030**